# THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

April 15, 2023

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

     Re:    Linda Brewer-Burton
              Case No.: 21-19546 MBK

Dear Clerk:

     In reference to the above named case, attached please find a Motion to Sanction Shellpoint Mortgage for Violation of Fed. Bankr R. 3002.1(b), the debtor's Certification, and a proposed form of Order.

     Kindly contact this Office should you have any questions.

                                  Very truly yours,

                                  Law Office of Peter E. Zimnis

                                  By: /s/ John Zimnis_____
                                       John Zimnis, Esq.

c. Albert Russo, Chapter 13 Trustee
   Shellpoint Mortgage
   Padgett Law Group
   Pincus Law Group
   RAS

LAW OFFICES OF PETER E. ZIMNIS
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Peter E. Zimnis
Attorney for Debtor(s)

_____

| | | |
|---|---|---|
| LINDA BREWER-BURTON: | | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | |
| Debtors | : | CASE NO.: 21-19546 MBK |
| | : | CHAPTER 13 |
| | : | NOTICE OF MOTION FOR SANCTIONS |
| | : | AGAINST SHELLPOINT MORTGAGE FOR |
| | : | VIOLATING FED. BANKR. R. 3002.1(b) |
| _____ | : | ORAL ARGUMENT: Requested if Objection Filed |

TO: All parties on attached service list

PLEASE TAKE NOTICE that on **May 10, 2023, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will apply to the Honorable Judge presiding at such time, sitting at the United States Bankruptcy Court located at 402 East State Street, Trenton New Jersey for an Order for Sanctions, Attorney Fees, and other Relief.

**Statement Per D.N.J. LBR 9013-1(a)(3)**

The facts that the moving party relies upon as set forth in the accompanying Certification and the basis for the moving party's request is clearly set forth in the aforesaid papers as required by the Federal Bankruptcy Rules and the Local Rules. As the issues at hand do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary to aid the Court in deciding the Motion.

In support of this motion, the moving party will rely upon the information contained in attached documents along with arguments of counsel and testimony to be produced at the time aforesaid hearing.

Objections, if any should be filed with the Court and served upon the moving party within seven (7) days of the hearing date.

                                              Law Offices of Peter E. Zimnis
                                              Counsel for Debtor(s)

                     By:    /s/ John Zimnis_____
                                John Zimnis, Esq.

Dated: