

# FCI Lender Services, Inc

Toll Free: (800) 931-2424  Hrs: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.myfci.com    NMLS #4920    DRE #01022780
PO BOX 28720 Anaheim CA 92809-0157    Fax: (714) 282-5775

## MORTGAGE STATEMENT

Statement Date: 11/17/2021
Customer Service: customerservice@myfci.com

**BARBARA BREWER**
2251 Liberty Street
Hamilton, NJ 08629

| Account Number: | [redacted] |
|---|---|
| Payment Due Date: | 12/01/2021 |
| Amount Due: | $2,667.63 |

If payment is received after 12/16/2021, a $0.00 late Fee will be charged.

### ACCOUNT INFORMATION

| | | | |
|---|---|---|---|
| Outstanding Principal | $148,585.48 | Remaining Term (Months) | 466 |
| Interest Rate | 5.000% | Deferred Amounts | $56,661.13 |
| Escrow Balance | $0.00 | Restricted Suspense | $0.00 |
| Suspense Balance | $0.00 | Loan Maturity Date | 8/1/2060 |
| Prepayment Penalty | NO | Payment Type | Fully Amort./Fixed Rate |
| Next Interest Rate Change Date | - | Next Due Date | 10/1/2021 |

Property Address 2251 Liberty Street Hamilton, NJ 08629

### EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| Principal | $105.05 |
| Interest | $618.24 |
| Escrow (Taxes and/or Insurance) | $0.00 |
| **Regular Monthly Payment** | **$723.29** |
| Accrued Late Charges | $36.16 |
| Suspense Balance | $0.00 |
| Other Accrued Fees | $461.60 |
| Other Amounts Due | $0.00 |
| Past Due Payments | $1,446.58 |
| **Total Fees** | **$1,944.34** |
| **TOTAL AMOUNT DUE** | **$2,667.63** |

### TRANSACTION ACTIVITY (9/17/2021 - 11/17/2021) To view all transactions please log into www.myfci.com

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/29/2021 | Late Fee | $36.16 | $0.00 |
| 10/29/2021 | Regular Payment Received | $0.00 | $723.29 |
| 10/22/2021 | Late Fee | ($36.16) | $0.00 |
| 10/22/2021 | NSF | $0.00 | ($723.29) |
| 10/22/2021 | NSF Payment Charge - NSF Payment Charge | $20.00 | $0.00 |
| 10/19/2021 | Assessed Late Fee | $36.16 | $0.00 |
| 10/18/2021 | Late Fee | $36.16 | $0.00 |
| 10/18/2021 | Regular Payment Received | $0.00 | $723.29 |

### PAST PAYMENTS BREAKDOWN

| | Paid Since Last Statement | Paid year to Date |
|---|---|---|
| Principal: | $0.00 | $719.21 |
| Interest: | $0.00 | $4,344.53 |
| Escrow (Taxes and/or Insurance): | $0.00 | $0.00 |
| Fees: | $0.00 | $0.00 |
| *Partial Payment (Unapplied/Suspense): | $0.00 | $0.00 |
| Others: | $0.00 | $0.00 |
| **TOTAL:** | **$0.00** | **$5,063.74** |

If You Are Experiencing Financial Difficulty:
See back for info about Mortgage Counseling or assistance.
Your Loan is under a Loss Mitigation Program.

### DELINQUENCY NOTICE

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 11/17/2021, you are 47 days delinquent on your mortgage loan.

**Recent Payment Account History:**
* Payment due 06/01/2021: Fully Paid on 06/29/2021
* Payment due 07/01/2021: Fully Paid on 07/30/2021
* Payment due 08/01/2021: Fully Paid on 08/31/2021
* Payment due 09/01/2021: Fully Paid on 10/29/2021
* Payment Due 10/01/2021: Unpaid balance of $1,221.05
* Payment Due 11/01/2021: Unpaid balance of $723.29
* Current Payment Due 12/01/2021: $723.29

Total: $2,667.63 due.
You must pay this amount to bring your loan current.

### IMPORTANT MESSAGES

*Partial Payments: Any partial payments received by FCI are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

If your loan was recently transferred for servicing: Figures on this statement may be subject to change.

Notice to Customers in Bankruptcy: Please see the back side of this Statement for important information.

All Notices of Error and Requests Information must be mailed to: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28960, Anaheim, CA 92809.

Exhibit A

-----PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS-----

For details as to all borrower payment options visit the FCI website at www.myfci.com