

# MORTGAGE STATEMENT

Statement Date: 02/13/2022

| | |
|---|---|
| Account Number | |
| Next Due Date | 03/01/2022 |
| Amount Due | $2,567.63 |

*If payment is received after 03/16/2022, $36.16 late fee may be assessed*

Phone: 800-539-0315
Website: www.shellpointmtg.com

BK Npt #
864-312-4854



8-811-18838-0000125-001-3-000-010-000-000

BARBARA BREWER
2251 LIBERTY ST
HAMILTON NJ 08629-2004



## Explanation of Amount Due

| | |
|---|---|
| Principal | $106.37 |
| Interest | $616.92 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$723.29** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $1,844.34 |
| Total Amount Due | $2,567.63 |

## Account Information

| | |
|---|---|
| Outstanding Principal | $148,271.63 |
| Deferred Balance | $56,661.13 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 2251 LIBERTY STREET |
| | HAMILTON NJ 08629 |
| Contractual Due Date: | January 1, 2022 |
| Current Escrow Balance: | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Transaction Activity (01/18/2022 - 02/12/2022)

| Date | Description | Charges | Payment |
|---|---|---|---|

*No transaction activity during this period.*

## Important Messages

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

## Additional Messages

Affected by COVID-19? Assistance may be available. We offer relief options, such as a forbearance - a temporary suspension of payments and payment deferment. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-539-0315.

For questions regarding the servicing of your loan, please contact us at 800-539-0315 Monday-Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM.

Exhibit B

For information about your payments, total amount due, and any additional payment history, see reverse side.