Pincus Law Group, PLLC
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902
Attorneys for Secured Creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

Linda B. Brewer-Burton a/k/a
Linda Brewer a/k/a Linda Burton

　　Debtor

Case No: 21-19546

CHAPTER 13

CONSENT ORDER RESOLVING
POST PETITION DELINQUENCY

HEARING DATE: N/A

　　This Consent Order pertains to the property located at **2251 Liberty Street, Hamilton, NJ 08629**, mortgage account ending with "8490";

THIS MATTER having been brought before the Court by, Sherri J. Smith, Esquire attorney for the Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc. and Debtor, Linda B. Brewer-Burton a/k/a Linda Brewer a/k/a Linda Burton, and the parties having subsequently resolved their differences regarding the post-petition delinquency; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the _____ day of _____, 2022, ORDERED as follows:

1. Status of post-petition arrears:

    ☒ The Debtor is overdue for 3 months, from 05/01/2022 to 07/01/2022.

    ☒ The Debtor is overdue for 3 payments at $723.29 per month.

    Total Arrears Due $2,169.87

2. Debtor must cure all post-petition arrears, as follows:

    ☒ Beginning on 08/01/2022, regular monthly mortgage payments shall continue to be made in the amount of $723.29 or as adjusted by payment change notice.

2

Exhibit C