

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries: (800) 365-7107

Trial

| | |
|---|---|
| Analysis Date: | February 01, 2023 |
| Loan: | |
| Property Address: 2251 Liberty Street, Hamilton, NJ 08629 | |

BARBARA BREWER
2251 Liberty Street
Hamilton NJ  08629

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X. TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective May 01, 2023 |
|---|---|---|
| P & I Pmt: | $723.29 | $723.29 |
| Escrow Pmt: | $564.45 | $864.23 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt. (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $1,287.74 | $1,587.52 |

| Prior Esc Pmt | May 01, 2022 |
|---|---|
| P & I Pmt: | $723.29 |
| Escrow Pmt: | $1,116.98 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt. (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $1,840.27 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | March 01, 2022 |
| Escrow Balance: | -$13,518.60 |
| Anticipated Pmts to Escrow: | $14,532.66 |
| Anticipated Pmts from Escrow (-): | $3,095.00 |
| Anticipated Escrow Balance: | -$2,080.94 |

| Shortage/Overage Information | Effective May 01, 2023 |
|---|---|
| Upcoming Total Annual Bills | $6,794.48 |
| Required Cushion | $1,132.41 |
| Required Starting Balance | $1,495.34 |
| Escrow Shortage | $3,576.28 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,132.41. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,132.41 or 1/6 of the anticipated payment from the account.

** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.

This is a statement of actual activity in your escrow account from May 2022 to Apr 2023. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 3,520.20 | (11,877.16) |
| May 2022 | 880.04 | | 929.14 | | * Town Tax | 3,471.10 | (11,877.16) |
| Jun 2022 | 880.04 | | | | * | 4,351.14 | (11,877.16) |
| Jul 2022 | 880.04 | | | | * | 5,231.18 | (11,877.16) |
| Aug 2022 | 880.04 | | 897.82 | 922.31 | * Town Tax | 5,213.40 | (12,799.47) |
| Sep 2022 | 880.04 | 564.45 | | | * | 6,093.44 | (12,235.02) |
| Oct 2022 | 880.04 | 564.45 | | | * | 6,973.48 | (11,670.57) |
| Oct 2022 | | | | 922.30 | * Town Tax | 6,973.48 | (12,592.87) |
| Nov 2022 | 880.04 | 564.45 | 897.81 | | * Town Tax | 6,955.71 | (12,028.42) |
| Dec 2022 | 880.04 | (564.45) | | | * | 7,835.75 | (12,592.87) |
| Jan 2023 | 880.04 | | | | | 8,715.79 | (12,592.87) |
| Jan 2023 | | | | 925.73 | * Town Tax | 8,715.79 | (13,518.60) |
| Feb 2023 | 880.04 | | 1,219.00 | | * Hazard | 8,376.83 | (13,518.60) |
| Feb 2023 | | | 6,616.74 | | * Town Tax | 1,760.09 | (13,518.60) |
| Mar 2023 | 880.04 | | | | * | 2,640.13 | (13,518.60) |
| Apr 2023 | 880.04 | | | | * | 3,520.17 | (13,518.60) |
| | | | | | Anticipated Transactions | 3,520.17 | (13,518.60) |
| Apr 2023 | | 14,532.66P | 3,095.00 | | Hazard | | (2,080.94) |
| | $10,560.48 | $15,661.56 | $10,560.51 | $5,865.34 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Exhibit H