

**shellpoint**

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20  L-156  R-120
PH04ZE00204870 - 734794540 118716
BARBARA BREWER
1245 WHITEHORSE MERCERVILLE RD
STE 412
TRENTON NJ 08619-3831

Phone Number: 800-539-0315
Fax: 866-467-1137
www.shellpointmtg.com
Mon - Thurs: 8:00AM-9:00PM
Fri: 8:00AM-9:00PM
Sat: 10:00AM-2:00PM

| Loan Number: | ████████ |
|---|---|
| Principal Balance: | $148,060.21 |
| Property: | 2251 Liberty Street |
|  | Hamilton, NJ 08629 |

03/20/2023

Dear Barbara Brewer:

Shellpoint Mortgage Servicing ("Shellpoint") is in receipt of your correspondence regarding the above referenced loan.

Due to the complex nature of the matter, Shellpoint respectfully requests additional time to respond fully to your inquiry. We would like to apologize for any inconvenience experienced regarding this issue. Shellpoint is working diligently to resolve your concerns and will respond within the allotted time frame. We appreciate your patience in this matter.

If you have any other questions or concerns, please contact Customer Service at 800-539-0315.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-539-0315.

Sincerely,
Shellpoint Mortgage Servicing
800-539-0315



Exhibit I

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**