| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | : <br> : <br> : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | : <br> : |
| Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 | : <br> : <br> : <br> : <br> : <br> : |
| In re: <br> LINDA BREWER BURTON | : <br> : <br> : <br> : |
| Debtors | : Case No.: 21-19546 <br> : <br> : Chapter 13 <br> : <br> : Judge: Kaplan |

ORDER SANCTIONING SHELLPOINT MORTGAGE FOR VIOLATION OF FED. BANKR. R. 3002.1(b), ATTORNEY FEES, AND OTHER RELIEF

    The relief set forth on the following pages, numbered ___ through ____ is hereby ORDERED

Debtor:  Linda Brewer Burton
Case No.:  21-19546 MBK
Caption:  Order Sanctioning Shellpoint Mortgage for Violation of Fed. Bankr. R
         3002.1(b), Attorney Fees, and Other Relief

   At Trenton in the said District

   This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

   It appearing that a Notice of Motion has heretofore been circulated to the creditor of the Debtor for which the Debtor seeks to Sanction Shellpoint for Violating Fed, Bankr. R 3002.1(b), Attorney Fees, and other relief, and

   It further appearing that proper service has been completed on all those parties against whom this motion is directed, and

   It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court (if any), and

   Good and sufficient cause appearing of the entry of this Order,

   ORDERED AND ADJUDGED as follows, to wit:

1. Shellpoint Mortgage has violated Fed. Bankr. R. 3002.1(b), thus

2. Shellpoint Mortgage shall be sanctioned in the amount of $ ____, and they must pay this to debtor Linda Brewer-Burton within 30 days of this Order, and

3. Shellpoint Mortgage shall pay to the Law Office of Peter Zimnis legal fees in the amount of $____ within 30 days of this Order, and

4. Shellpoint Mortgage shall pay to debtor Linda Brewer-Burton expenses in the amount of $____ within 30 days of this Order, and

5. Shellpoint Mortgage shall bring the mortgage post-petition current, and thus the monthly mortgage statement shall reflect this within 30 days of this Order, and

6. The terms of this Order shall be binding on any future mortgage company in which this mortgage loan is transferred, and

7. If Shellpoint Mortgage fails to comply with any provisions of this Order, then the debtor's attorney can file a Motion for Contempt of a Court Order against Shellpoint Mortgage for additional sanctions.