| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) 2017-2058<br><br>**Pincus Law Group, PLLC**<br>jmonari@pincuslawgroup.com<br>John Monari, Esquire<br>425 RXR Plaza<br>Uniondale, NY 11556<br>(516) 699-8902<br>ATTORNEY FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc. | Case No.: 21-19546<br><br>Chapter 13<br><br>Hearing Date: 05/10/2023<br><br>Judge: MBK |
| In Re:<br><br>Linda B. Brewer-Burton aka Linda Brewer aka Linda Burton | |

## RESPONSE TO DEBTOR'S MOTION FOR SANCTIONS AGAINST SHELLPOINT

I, John Monari, Esquire do hereby certify that I am an attorney at law in the State of New Jersey for the Law Firm of Pincus Law Group, PLLC, and our firm represents NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc. ("Respondent") secured creditor and mortgage lien holder on the premises owned by Debtor and located at **2251 Liberty Street, Hamilton, NJ 08629**. On behalf of Respondent Pincus Law Group, PLLC, hereby responds to the Motion for Sanctions as follows:

1. On December 13, 2021, the Debtor filed the instant Chapter 13 Bankruptcy case.

2. On December 23, 2021, the Hamilton Tax Office filed their Proof of Claim in the amount of $12,170.58.

3. On April 12, 2022, the Hamilton Tax Office filed an Amended Proof of Claim in the amount of $0 to reflect that the delinquent pre-petition taxes were paid.

4. On April 13, 2022, a Limited Power of Attorney was executed in favor of NewRez LLC d/b/a Shellpont Mortgage Servicing to service the subject mortgage on behalf of MCLP Asset Company, Inc.

5. On November 25, 2022, Respondent filed a Proof of Claim that listed its pre-petition arrearages as $1,446.58.

6. On February 3, 2023, the Debtor filed a Motion to Expunge Respondent's Proof of Claim for failing to account for the pre-petition delinquent property taxes due to the Township of Hamilton that were paid by Respondent post-petition.

7. An Amended Proof of Claim was filed on March 16, 2023 which listed payment of the taxes paid to the Township of Hamilton in the amount of $10,518.46.

8. The hearing on the Motion to Expunge was adjourned to 5/10/23 as Debtor disagrees with the amount listed as paid by Respondent in the amended proof of claim and believes the amount should actually be $12,170.58.

9. Respondent is in the process of reviewing its records as well as prior servicer records to address Debtor's concerns regarding this payment to Township of Hamilton.

10. On April 10, 2023, Respondent, through its counsel, RAS Legal Group, filed a Notice of Mortgage Payment Change which includes an escrow component in the total monthly post-petition mortgage payment.

11. On April 15, 2023, Debtor filed this instant Motion for Sanctions against Respondent for violations of Fed.Bankr.R. 3002.1.

12. Respondent is currently reviewing its records in order to address the Debtor's allegations and concerns. Once the review is completed a reconciliation of the

account may be warranted. Respondent requests additional time from the court to complete same.

WHEREFORE, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc. respectfully requests that the Motion for Sanctions be DENIED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 3, 2023 | **PINCUS LAW GROUP, PLLC** |
| By: | /s/ John Monari |
|  | John Monari, Esquire |
|  | 425 RXR Plaza |
|  | Uniondale, NY 11556 |
|  | Telephone: (516)699-8902 |
|  | Fax: 516-279-6990 |
|  | Email: jmonari@pincuslaw.com |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) 2017-2058<br><br>**Pincus Law Group, PLLC**<br>jmonari@pincuslawgroup.com<br>John Monari, Esquire<br>425 RXR Plaza<br>Uniondale, NY 11556<br>(516) 699-8902<br>ATTORNEY FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MCLP Asset Company, Inc. | Case No.:  21-19546<br><br>Chapter:  13<br><br>Adv. No.:  N/A<br><br>Hearing Date  03/08/2023<br><br>Judge:  MBK |

## CERTIFICATION OF SERVICE

1. I, __John Monari__ :

    ☐ represent __Respondent__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 3, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Response to Debtor's Motion for Sanctions Against Shellpoint

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:     May 3, 2023             /s/ John Monari
                                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Linda Brewer-Burton<br>2251 Liberty Street<br>Hamilton, NJ 08629 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John A. Zimnis, Esq.<br>Law Offices of Peter E. Zimnis<br>1245 Whitehorse Mercerville Road, Suite 412<br>Trenton, NJ 08619 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2017-2058<br><br>**Pincus Law Group, PLLC**<br>jmonari@pincuslawgroup.com<br>John Monari, Esquire<br>425 RXR Plaza<br>Uniondale, NY 11556<br>(516) 699-8902<br>ATTORNEY FOR NewRez LLC d/b/a<br>Shellpoint Mortgage Servicing as servicer for<br>MCLP Asset Company, Inc. | |
| In Re:<br><br>Linda B. Brewer-Burton aka Linda Brewer aka Linda Burton | **Case No.:** 21-19546<br><br>**Chapter:** 13<br><br>**Judge:** MBK |

## ORDER DENYING DEBTOR'S MOTION FOR <u>SANCTIONS</u>

Debtor's Motion for Sanctions Against Shellpoint for Violations of Fed.Bankr.R 3002.1

is DENIED.

_____
Honorable Michael B. Kaplan
UNITED STATES BANKRUPTCY JUDGE